IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH HUTTO,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4794

Opinion filed December 9, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Rudolph C. Shepard, Jr., Jean Marie Downing, and Chad R. Templeton, Panama City, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.